**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

August 1, 2007

**LETTER ORDER**

    **Re:**    <u>SCI Funeral Services, Inc. v. Wien</u>
             <u>Civil Action No. 07-746 (HAA)</u>

Dear Counsel:

    The scheduling conference set for August 6, 2007 at 11:30 a.m. will go forward at 3:00 p.m.  Please contact my chambers at your earliest convenience if you cannot accommodate this time change.

**SO ORDERED.**

                                                    <u>*s/Esther Salas*</u>
                                                    **Esther Salas**
                                                    **UNITED STATES MAGISTRATE JUDGE**